SCOTT N. JOHNSON, ESQ., SBN 166952
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224

Attorney for Plaintiff Scott N. Johnson

CRIS C. VAUGHAN, ESQ., SBN 99568
VAUGHAN & ASSOCIATES
6207 South Walnut Street, Suite 800
Loomis, CA 95650
Telephone: 916-660-9401
Facsimile: 916-660-9378

Attorneys for YNY Enterprise, Inc. Individually and dba Quality Inn Natomas; Joon Shik Choi, Individually and dba Quality Inn Natomas; and Moon Kyung Choi

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT N. JOHNSON<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>YNY Enterprise, Inc., et al,<br><br>　　　　Defendants | **2:08-cv-02682-MCE-DAD**<br><br>**STIPULATION TO WITHDRAW CASE FROM VOLUNTARY DISPUTE RESOLUTION PROGRAM; ORDER** |

　　　It is hereby stipulated by and between the parties in this matter through their respective attorneys that this matter be withdrawn from the Court's Voluntary Dispute Resolution Program.

/ / /

/ / /

/ / /

**2:08-CV-02682-MCE-DAD STIPULATION AND ORDER - 1**

PDF created with pdfFactory trial version www.pdffactory.com

Dated:  February 22, 2010

     Disabled Access Prevents Injury, Inc.


     ___/s/ SCOTT N. JOHNSON_____

      By: SCOTT N. JOHNSON
      Attorney for Plaintiff


Dated:  February 10, 2010

      Vaughan & Associates


     ___/S/ CRIS C. VAUGHAN___

      By: CRIS C. VAUGHAN
     Attorneys for Defendants


IT IS SO ORDERED.


Dated: February 22, 2010

     _____
     MORRISON C. ENGLAND, JR
     UNITED STATES DISTRICT JUDGE

**2:08-CV-02682-MCE-DAD STIPULATION AND ORDER**
- 2

PDF created with pdfFactory trial version www.pdffactory.com