SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224

Attorney for Plaintiff Scott N. Johnson

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Scott N. Johnson,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>YNY Enterprises, Inc., et al<br><br>　　　　Defendants | Case No.: CIV.S 08-cv-02682-MCE-DAD<br><br>**STIPULATED DISMISSAL AND ORDER**<br><br>Complaint Filed:  November 10, 2008 |

**IT IS HEREBY STIPULATED** by and between the parties to this action through their designated counsel that this action be and is hereby dismissed with prejudice pursuant to FRCP 41 (a)(2).  The Parties shall bear their own costs and attorneys' fees in connection with this Lawsuit and the negotiation and preparation of this Agreement.

1

STIPULATED DISMISSAL and ORDER                               CIV: S-08-cv-02682-MCE-DAD

PDF created with pdfFactory trial version www.pdffactory.com

| | |
|---|---|
| 1  Dated: June 10, 2010 | Vaughan & Associates |
| 2 | |
| 3 | /s/  Cris c. Vaughan |
| 4 | CRIS C. VAUGHAN, |
| 5 | Attorneys for Defendants, |
| 6 | |
| 7 | |
| 8  Dated: June 10, 2010 | DISABLED ACCESS PREVENTS |
| 9 | INJURY, INC. |
| 10 | |
| 11 | /s/Scott N. Johnson |
| 12 | SCOTT N. JOHNSON, Attorney for Plaintiff |

**IT IS SO ORDERED**.  The Clerk of Court is hereby directed to close the file.

Dated: June 10, 2010

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

PDF created with pdfFactory trial version www.pdffactory.com